UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CURTIS HAMILTON<br>AND ROSA HAMILTON | * | CASE NO.: 2:12-CV-01398 |
| | * | |
| VERSUS | * | SECTION "G" |
| | * | |
| | * | JUDGE NANNETTE BROWN |
| OCHSNER HEALTH SYSTEMS, INC. | * | |
| D/B/A OCHSNER MEDICAL CENTER | * | MAG. JUDGE SALLY SHUSHAN |
| AND OCHSNER CLINIC FOUNDATION | * | |
| ************************************ | * | |

## JOINT STIPULATION

**NOW INTO COURT**, though undersigned counsel, come Plaintiffs, Curtis and Rosa Hamilton, and Defendant, Ochsner Clinic Foundation, who, hereby enter the following joint stipulation as it relates to the testimony of Blaine Guthrie, R.N., Samuel Ganier, R.N., and Rebecca Diodene, R.N.:

The parties hereby agree and stipulate that the following nurses will not be called to testify at trial: Blaine Guthrie, Samuel Ganier, and Rebecca Diodene. These individuals are Ochsner employees that worked in the Transplant Stepdown Unit on July 18, 2009. These individuals either participated in or witnessed the transfer of Mr. Hamilton from chair to bed on July 18, 2009. However, without agreeing to the accuracy of the statements, the parties agree and stipulate that if called to testify, these individuals would state 1) they do not recall the specifics of the transfer of Mr. Hamilton from chair to bed;   2) the transfer did not appear to be difficult; 3) Mr. Hamilton was never dropped; and 4) they did not recall having any conversations with Mr. Hamilton following the lift.

In addition, Samuel Ganier would have testified 1) at the time of the lift, he was working for approximately one month at Ochsner as a nurse tech in the stepdown unit and the emergency room while still in nursing school; 2) he does not recall receiving any training at Ochsner relative

to proper lifting techniques; 3) he recalls receiving training while in nursing school from a physical therapist / instructor regarding proper body mechanics for lifting patients and how not to injure himself and not to bring harm to the patient, though at the time of his deposition on August 25, 2011, he could not recall what techniques were taught on how to prevent injury to the patient; ; 4) he does not know whether a Hoyer lift could have been used to transfer Mr. Hamilton from chair to bed; 5) he does not recall seeing any Hoyer lifts in the Transplant Stepdown unit; 6) in the Ochsner emergency room, he participates in transferring patients from stretcher to stretcher using sheets; 7) he participates in transferring patients from wheelchair to bed by physically lifting them by hand; and 8) he thinks there may be a Hoyer lift in the emergency room, but does not remember.

Rebecca Diodene would have testified that 1) she worked at Ochsner clinic as a medical assistant for approximately five years before she became a registered nurse; 2) after graduation from nursing school, she went to work for Ochsner as an RN in the Transplant Stepdown unit in 2006; and 3) she does not recall ever seeing a Hoyer being used in the Transplant Stepdown unit.

                                                  Respectfully submitted,
**ADAMS AND REESE LLP**

/s/ Katie F. Wollfarth
CHARLES F. GAY (#5990)
DON S. MCKINNEY (#26685)
KATIE F. WOLLFARTH (#31729)
701 Poydras Street
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Charles.gay@arlaw.com
Don.mckinney@arlaw.com
Katie.wollfarth@arlaw.com
*ATTORNEYS FOR DEFENDANT,*
*OCHSNER CLINIC FOUNDATION*

SIMIEN & SIMIEN, LLC

/s/ Eulis Simien
Attorneys and Counselors At Law
EULIS SIMIEN, JR. (#12077)
JIMMY SIMIEN (# 1598)
MARK R. SIMIEN (#23303)
EulisSimien@simien.com
7908 Wrenwood, Blvd.
Baton Rouge, Louisiana 70809
Telephone: (225) 232-9221
Facsimile: (225) 932-9286
*ATTORNEYS FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Pretrial Order was served on January 8, 2012, by **ELECTRONIC FILING** through the court's electronic filing system and/or via electronic mail, upon all counsel of record.

/s/ **Katie F. Wollfarth**